**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **SECURE MAXTRIX LLC,** | § | |
| ***Plaintiff,*** | § | |
| | § | |
| **v.** | § | **NO. MO:25-CV-00136** |
| | § | |
| **GRUNT STYLE, LLC,** | § | |
| ***Defendant.*** | § | |

**ORDER**

Before the Court is the Parties' Joint Stipulation of Dismissal With Prejudice (Doc. 35) filed April 2, 2026. The parties agree and stipulate that all claims for relief asserted against Defendant are dismissed with prejudice. Federal Rule of Civil Procedure 41(a)(1)(A)(ii) allows a plaintiff to dismiss an action upon filing a stipulation of dismissal signed by all parties who have appeared. The Plaintiff has done so. "Stipulated dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013). The request to dismiss all claims against Defendant is hereby **GRANTED**.

The Court therefore **ORDERS** that the Clerk of Court **CLOSE** this action. Each party shall bear and pay their respective attorney fees and costs herein.

It is so **ORDERED**.

SIGNED this 6th day of April, 2026.

DAVID COUNTS
UNITED STATES DISTRICT JUDGE